# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LANDEROS, | CASE NO. 1:10-CV-00873-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | (DOC. 7) |
| A. ENENMOH, | RESPONSE DUE WITHIN 30 DAYS |
| Defendant. | |

Plaintiff Mario Landeros ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action. On February 14, 2011, the Court dismissed Plaintiff's original complaint for failure to state a claim, and ordered Plaintiff to file an amended complaint within thirty days. Doc. 7. As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within thirty (30) days from the date of service of this order why this action should not be dismissed for failure to obey a court order and failure to state a claim. Failure to timely respond or otherwise show cause will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **May 6, 2011**          **/s/ Dennis L. Beck**
                                UNITED STATES MAGISTRATE JUDGE

1